THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Aundrea Shamiea
 Belton, Appellant.
 
 
 

Appeal From York County
 Lee S. Alford, Circuit Court Judge

Unpublished Opinion No.  2009-UP-412
 Submitted September 1, 2009  Filed
September 2, 2009

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor Kevin S. Brackett, of York, for
 Respondent.
 
 
 

PER CURIAM: Aundrea Shamiea Belton appeals her convictions for trafficking in crack cocaine, trafficking in cocaine,
 and possession of marijuana with intent to distribute.  Belton argues the trial court erred by admitting guns found in the
 apartment Belton shared with her boyfriend because they were irrelevant and
 unduly prejudicial.  After a
 thorough review of the record and counsel's brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to be
 relieved.[1]
APPEAL
 DISMISSED.
HUFF, THOMAS, and PIEPER, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.